# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WINSTON T. RUBINO, | Case No. 1:18-cv-08019 |
| Plaintiff, | |
| v. | Honorable Charles P. Kocoras |
| BANK OF AMERICA, N.A., BANK OF THE WEST, N.A. and TRANS UNION LLC, | Honorable Sheila M. Finnegan<br>Magistrate Judge |
| Defendants. | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal With Prejudice of this Action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED: March 11, 2019                                  Respectfully submitted,

*/s/ Joseph S. Davidson*                                */s/ David A. Shapiro*

Joseph S. Davidson                                      David A. Shapiro
Mohammed O. Badwan                                      MCKENNA STORER
SULAIMAN LAW GROUP, LTD.                                33 North LaSalle Street
2500 South Highland Avenue                              Suite 1400
Suite 200                                               Chicago, Illinois 60602
Lombard, Illinois 60148                                 +1 312-558-3969
+1 630-575-8181                                         dshapiro@mckenna-law.com
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com                                 *Counsel for Bank of the West, N.A.*

*Counsel for Winston T. Rubino*

1